## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Delaney, Christine

Printed:  5/6/08

Case Number:  07 B 02673
Judge:  Goldgar, A. Benjamin
Filed:  2/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  March 25, 2008
Confirmed:  April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|                    | Receipts | Disbursements |
|--------------------|----------|---------------|
|                    | 2,805.00 |               |
| Secured:           |          | 1,868.24      |
| Unsecured:         |          | 0.00          |
| Priority:          |          | 0.00          |
| Administrative:    |          | 785.30        |
| Trustee Fee:       |          | 151.46        |
| Other Funds:       |          | 0.00          |
| Totals:            | 2,805.00 | 2,805.00      |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 785.30 |
| 2. | Capital One Auto Finance | Secured | 10,979.34 | 1,868.24 |
| 3. | Fast Cash Advance | Unsecured | 60.63 | 0.00 |
| 4. | Tri Cap Investment Partners | Unsecured | 318.71 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 6.99 | 0.00 |
| 6. | National Loan Recoveries | Unsecured | 318.71 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 311.95 | 0.00 |
| 8. | Capital One | Unsecured | 316.75 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 40.00 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 27.01 | 0.00 |
| 11. | Americredit Financial Ser Inc | Unsecured | 608.71 | 0.00 |
| 12. | Chicago Family Health Center | Unsecured | | No Claim Filed |
| 13. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Innovative Outpatient Medical | Unsecured | | No Claim Filed |
| 16. | Collection System | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Emergency Care Health Organization | Unsecured | | No Claim Filed |
| 19. | Emergency Healthcare Physicians | Unsecured | | No Claim Filed |
| 20. | First Savings Credit Card | Unsecured | | No Claim Filed |
| 21. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 22. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 23. | One Iron Ventures | Unsecured | | No Claim Filed |
| 24. | HSBC | Unsecured | | No Claim Filed |
| 25. | Midwest Diagnostic Pathology, SC | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Delaney, Christine

Printed:  5/6/08

Case Number:  07 B 02673

Judge:  Goldgar, A. Benjamin

Filed:  2/15/07

| | | | |
|---|---|---|---|
| 26. | Sprint | Unsecured | No Claim Filed |
| 27. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | No Claim Filed |
| 29. | Noble Funeral Home | Unsecured | No Claim Filed |
| 30. | Pellettieri & Associates | Unsecured | No Claim Filed |
| 31. | Northern Trust | Unsecured | No Claim Filed |
| 32. | Physician's Portion Of Emergency Dp | Unsecured | No Claim Filed |
| 33. | St James Hospital | Unsecured | No Claim Filed |
| 34. | Frst Ntnl Bnk/Save Cre | Unsecured | No Claim Filed |

$ 15,188.80          $ 2,653.54

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 151.46 |

$ 151.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

